UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBY SULLIVAN, CAROLE BARKER,
JEANNE BELLUCI, W. BONITA
TILLERY-BUTLER, JANICE DOCKING,
RICHARD IENNA, NANCY IENNA,
ELIZABETH KOVACS, DAVID LUTZ,
GEORGE MCLEOD, DORIS MERICKEL,
KATHIE MICKO, BEVERLY SPANGLER,
LUCINDA SPAULDING, ANDREW D.
ST. JOHN, DONNA WHITLEY, DAVID
OWENS, THOMAS CHASE,

    Plaintiffs,

v.                                  CASE NO.: 8:14-CV-710-MSS-TBM

CITY OF SARASOTA, a municipal
corporation,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on **July 2, 2014**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

| | |
|---|---|
| __X__ | Defendant and its counsel were in attendance. |
| __X__ | Plaintiff's counsel with full settlement authority. |
| _____ | Designated corporate representatives. |
| _____ | Required claims professionals. |

(b)  The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:   None

(c)  The outcome of the mediation conference was:

__X__    <u>The case completely settled.</u>  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.

_____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this court to resolve:

_____    <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding judge.  Mediation reports will be filed after additional conferences are complete.

_____    The parties reached an IMPASSE.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2014, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

Armando A. Ortiz
Feldman Morgado, P.A.
100 N. Biscayne Blvd., Suite 2902
Miami, FL  33132

Karen Morinelli
Jackson Lewis, LLP
100 S. Ashley Drive, Suite 2200
Tampa, FL  33602

/s/ MARK A. HANLEY
Mark A. Hanley
mhanley@glennrasmussen.com
Florida Bar No.:  328405
**GLENN RASMUSSEN, P.A.**
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
(813) 229-3333 - telephone
(813) 229-5946 - facsimile
*Mediator*

04483-68200 1029643 v1