UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBY SULLIVAN, CAROLE BARKER, JEANNE BELLUCI, W. BONITA TILLERY-BUTLER, JANICE DOCKING, RICHARD IENNA, NANCY IENNA, ELIZABETH KOVACS, DAVID LUTZ, GEORGE MCLEOD, DORIS MERICKEL, KATHIE MICKO, BEVERLY SPANGLER, LUCINDA SPAULDING, ANDREW D. ST. JOHN, DONNA WHITLEY, THOMAS DUNCAN, LESLIE HOGLE, DAVID OWENS, and THOMAS CHASE,

    Plaintiffs,

v.                            Case No: 8:14-cv-710-T-35TBM

CITY OF SARASOTA, a municipal corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Report of the Mediator (Dkt. 27) and Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, (Dkt. 27) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **dismissed without prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case**.**

**DONE and ORDERED** at Tampa, Florida this 7th day of July, 2014.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party